**RECEIVED**

AUG 1 3 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES DURAL | CIVIL ACTION NO. 08-0281 |
| VERSUS | JUDGE DOHERTY |
| DISCOVERY PROPERTY AND CASUALTY INS. CO., ET AL. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons set forth in the Memorandum Ruling dated August _13_, 2010,

For the foregoing reasons, the Report and Recommendation of the magistrate judge is ADOPTED AND AFFIRMED, and plaintiff's Motion for Partial Summary Judgment as to Liability [Doc. 46] is GRANTED IN ITS ENTIRETY.

THUS DONE AND SIGNED this _13_ day of August, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE